IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

STATE OF TENNESSEE, *ex rel.* )
JOHN JAY HOOKER, )
               )
           Appellant, )
               )
v. )       No.  01A01-9606-CH-00259
               )
BROOK THOMPSON, *et al.,* )
               )
           Appellees, )
               )
               )
STATE OF TENNESSEE, *ex rel.* )
LEWIS LASKA, )
               )
           Appellant, )
               )
v. )       No.  01A01-9606-CH-00280
               )
BROOK THOMPSON, *et al.,* )
               )
           Appellees, )
               )
               )
STATE OF TENNESSEE, *ex rel.* )
LEWIS LASKA, )
               )
           Appellant, )
               )
v. )       No.  01S01-9606-CH-00114
               )
BROOK THOMPSON, *et al.,* )
               )
           Appellees. )

---

## ORDER

---

       The matters currently pending before this Court are a Petition to Rehear filed by Appellant Hooker, Appellees' Motion for Clarification and Appellees' Motion to Supplement the Record filed by the Attorney General, Petition on behalf of Holly K. Lillard and Jerry L. Smith to Intervene for the Limited Purpose of Responding to Appellees' Motion for Clarification, Petition for Rehearing and Motion to Supplement the Record filed by appellant Laska, Appellees' Petition to Rehear filed by the Attorney General and Motion of Penny J. White to Intervene.

113447-1

The Court has considered these matters and it is ORDERED:

1.     With the exception of Appellees' Motion for Clarification, all of the aforementioned motions and petitions are DENIED.

2.     In response to Appellees' Motion for Clarification, the equitable relief granted in this matter is limited to the case *sub judice*, involving the election for the vacancy on the Supreme Court bench resulting from the resignation of Justice O'Brien, which vacancy has been filled in the interim by Justice Penny White.  No equitable relief granted in this Court's orders of July 5, 8, and 9 shall apply to the intermediate appellate court judges, who are not parties to this action, and this Court's order of July 5, 1996 at page 3, paragraph 3, is clarified and amended by deleting the words "and all other similarly situated incumbent appellate judges who have declared their candidacy prior to May 16, 1996".

ENTERED this 10th day of July, 1996.

_____
WILLIAM H. D. FONES, CHIEF JUSTICE


_____
MARTHA S. L. BLACK, JUSTICE


_____
LIN S.  HOWARD, JUSTICE


_____
A. C. WHARTON, JR., JUSTICE


_____
S. MORRIS HADDEN, JUSTICE